JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH SAVASTANO,

          Petitioner,

v.

PEOPLE OF CALIFORNIA, et al.,

          Respondents.

Case No. EDCV 13-710-PA (OP)

J U D G M E N T

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 5, 2013

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge